NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

APR 13 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. CARLOS ESTRELLA CAMBRANIS, a.k.a. Carlos Estrella, a.k.a. Carlos Estrella-Cambranis, Defendant-Appellant. | Nos. 17-10387 17-10388 D.C. Nos. 4:16-cr-00243-JSW 4:13-cr-00146-JSW MEMORANDUM* |

Appeal from the United States District Court
for the Northern District of California
Jeffrey S. White, District Judge, Presiding

Submitted April 11, 2018**

Before:    SILVERMAN, PAEZ, and OWENS, Circuit Judges.

In these consolidated appeals, Carlos Estrella Cambranis appeals the 50-month sentence imposed following his guilty-plea conviction for illegal reentry following deportation, in violation of 8 U.S.C. § 1326, and the 12-month

---

*    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

**    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

consecutive sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Cambranis contends that the 62-month sentence is substantively unreasonable because his mitigating arguments concerning his history and background, his reasons for returning to the United States, and his law-abiding behavior after his return warranted a lower sentence. The district court did not abuse its discretion. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The sentence imposed is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including the need to deter. *See Gall*, 552 U.S. at 51.

Moreover, the court properly exercised its discretion to impose consecutive terms in light of Cambranis's breach of the court's trust. *See* U.S.S.G. § 7B1.3(f); *United States v. Simtob,* 485 F.3d 1058, 1063 (9th Cir. 2007).

**AFFIRMED.**

17-10387 & 17-10388